

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2018

No. 04-18-00020-CR

Ex Parte Emmanuel **HERRERA**,
Appellant

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CR-12773C
The Honorable Andrew Wyatt Carruthers, Judge Presiding

## O R D E R

The record in this habeas corpus appeal was complete January 23, 2018. We **order** appellant's brief due **February 12, 2018**. *See* Tex. R. App. P. 31.1; 4th Tex. App. (San Antonio) Loc. R. 8.2. The brief of the State is due within 20 days after the date appellant's brief is filed. *Id.* A reply brief, if any, must be filed within 10 days after the State's brief is filed. *Id.*

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2018.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court